**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

VANDERSON BOU RESLAN ESTEVINHO,

     Petitioner,

v.                                 No. 1:25-cv-01206-MIS-GBW

MARISA FLORES, Field Officer Director of
Enforcement and Removal Operations, El Paso
Field Office, Immigration and Customs
Enforcement; TODD LYONS, Acting Director
Immigration and Customs Enforcement;
KRISTI NOEM, Secretary, U.S. Department
of Homeland Security; and PAMELA BONDI,
U.S. Attorney General,

        Respondents.

## <u>ORDER CLOSING CASE UPON PLAINTIFF'S VOLUNTARY DISMISSAL</u>

THIS MATTER is before the Court on Plaintiff Vanderson Bou Reslan Estevinho's Notice of Voluntary Dismissal, ECF No. 7. Plaintiff was removed from the United States on December 22, 2025 and is no longer in custody. *Id.* at 2. The Court construes the Motion as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a). "Under Rule 41(a)(1)(A)(i), a plaintiff can voluntarily dismiss a case 'by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.'" *De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011). Respondents have not yet been served, nor have they filed any pleading. A notice of dismissal under Rule 41(a)(1)(A)(i) "is self-executing and immediately strips the district court of jurisdiction over the merits." *Id.* Accordingly, all pending motions are **DENIED AS MOOT** and this case is now **CLOSED**.

 

                                      _____
                                      **MARGARET STRICKLAND**
                                      UNITED STATES DISTRICT JUDGE

2